# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PARAMJIT SINGH DHALIWAL,<br>individually and doing business as BASS<br>FORM MINI MART, et al.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 1:17-cv-00195-AWI-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 11)** |

On May 15, 2017, Plaintiff filed a joint Notice of Voluntary Dismissal of Entire Action. (Doc. 11.) Plaintiff filed this notice before an opposing party served an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 16, 2017**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE